**Order filed November 13, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00549-CV
_____

**JOSE REYES, Appellant**

**V.**

**LINCAM INVESTMENTS LLC, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 1111166**

---

## O R D E R

Appellant's brief was due November 2, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 28, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM